**Dickinson Norman ADIONSER,
Plaintiff–Appellant,**

**v.**

**UNITED STATES of America; United States Drug Enforcement Administration Agency, Defendants–Appellees.**

**No. 12–7639.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 20, 2012.

Decided: Nov. 27, 2012.

Dickinson Norman Adionser, Appellant Pro Se.

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dickinson Norman Adionser appeals the district court's orders denying relief on his civil complaint filed pursuant to the Privacy Act of 1974, 5 U.S.C. § 552a (2006), the Freedom of Information Act, 5 U.S.C. § 552 (2006), and the Federal Declaratory Judgment Act, 28 U.S.C. § 2201 (2006), and denying his subsequent motion to alter or amend. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Adionser v. United States,* No. 8:12–cv–00700–RWT (D.Md. Mar. 20, 2012, July 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*